

Joshua Reichek
Associate
Phone: 212.592.1633
Fax: 212.545.2330
jreichek@herrick.com

November 10, 2025

<u>VIA ECF</u>

Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:    <u>*Roomi v. Downworld Inc. et al.,*  Case No. 2:25-cv-05636-JMW</u>

Dear Judge Wicks:

    This firm represents Defendants Downworld Inc., Down Country USA LTD., Sanitary Feather and Down Products Corp., Sani Properties Corp., FSF Realty Corp., and Kenneth Frenkel. Please accept this letter as our firm's appearance in this litigation. Pursuant to Rule 1.D of Your Honor's Individual Practice Rules, we write to respectfully request an extension of these Defendants' time to respond to Plaintiff's Complaint [ECF 1].

    Kenneth Frenkel was served with process on October 24, 2025. The corporate defendants have not yet received a copy of the summons and complaint from the Secretary of State of their respective states of incorporation. The current deadline for Kenneth Frenkel's time to respond is November 14, 2025; the deadline for the other entities this firm represents is not yet known. We respectfully request that the deadline for these Defendants be extended up to and including January 20, 2026. We are requesting this extension to investigate the facts and circumstances of the case, and to explore the possibility of an early resolution of this case.

    This is the first request to extend this deadline. Plaintiff's counsel has advised that Plaintiff consents to this request for an extension.

    Thank you for your attention to this matter.

                                         Respectfully submitted,

                                         <u>*/s/ Joshua Reichek*</u>

                                       Joshua Reichek

cc: Counsel of Record (via ECF)